UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANIEL C. RANSOM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 3:14-cv-1915 |
| v. | ) Judge Sharp |
| | ) |
| SOCIAL SECURITY | ) |
| ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

# ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge (Docket No. 16) as to Plaintiff Daniel C. Ransom's Motion for Judgment on the Record (Docket No. 12). Plaintiff had sought judicial review of the Social Security Administration's denial of his applications for disability insurance benefits and supplemental security income, as provided under Titles II and XVI of the Social Security Act.

In the R & R, the Magistrate Judge recommended that Plaintiff's Motion be denied and that the Social Security Administration's decision be affirmed. Plaintiff made no objections to the R & R.

Where no objections are made to an R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." FED. R. CIV. P. 72(b). Having conducted a *de novo* review in accordance with Rule 72, the Court will accept the disposition set forth in the R & R.

Accordingly, the Court rules as follows:

(1) The R & R (Docket No. 16) is hereby ACCEPTED and APPROVED;

(2) Plaintiff's Motion for Judgment on the Record (Docket No. 12) is hereby DENIED; and

(3) The Social Security Administration's decision is hereby AFFIRMED.

The Clerk of the Court shall enter Final Judgment in a separate document in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE